IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| MARK ALLEN | ) | |
| Plaintiff, | ) ) ) | |
| | ) | NO. 1:19-cv-00056 |
| v. | ) ) | JUDGE CAMPBELL |
| GILES COUNTY CLERK'S OFFICE, | ) ) | MAGISTRATE JUDGE FRENSLEY |
| Defendant. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 22) recommending the Court dismiss this action for failure to prosecute failure to comply with Court orders. The Magistrate Judge noted that Plaintiff has failed to take any action to advance this litigation since January 8, 2020. The Report and Recommendation were notice to the Plaintiff of the Court's intention to *sua sponte* dismiss the action and provided Plaintiff the opportunity to show cause why the action should not be dismissed.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's recommendation were to be filed within fourteen days of service (Doc. No. 22 at 3). No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED** and **APPROVED**. This case is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE